UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                    CASE NO: 25-50119-KKS
                                          CHAPTER 7
DEZIGN NA LLC,

      Debtor.
_____/


MARY W. COLÓN, TRUSTEE,

      Plaintiff,

vs.                                       Adversary Case No. _____

JEREMY KEITH RITTER,

      Defendant.
_____/

## COMPLAINT

MARY W. COLÓN, TRUSTEE, hereby sues Defendant Jeremy Keith Ritter, and alleges:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1334 and 11 U.S.C. §547, 11 U.S.C. §548, 11 U.S.C. §549, and 11 U.S.C. §550.

2. Venue is proper in this district under 28 U.S.C. §1409(a),

this adversary proceeding is related to a bankruptcy case under Chapter 7 that is pending in this district Case No. 25-50119.

3. Plaintiff is the duly appointed and qualified Trustee of the above bankruptcy case.

4. Defendant is the manager and sole member of the Debtor.

5. Based on information and belief the Defendant is a resident of Missouri.

6. On June 26, 2025, Dezign NA LLC filed a petition under Chapter 7 of the Bankruptcy Code and Plaintiff was appointed as Trustee of the debtor estate.

7. Based on information and belief, prior to the Debtor filing bankruptcy, Debtor transferred an estimated $340,670.75 to defendant with funds of the company Dezign NA LLC

8. Defendant is an insider of the Debtor pursuant to 11 U.S.C. §(101)(31)(B)(iii).

9. Defendant is a creditor of the Debtor.

**Count I**
**Avoidance of Fraudulent Transfers Pursuant to §548**

10. Plaintiff incorporates by reference paragraphs one (1)

through nine (9) above.

11. Within two (2) years prior to the Petition Date, Debtor transferred to Defendant an estimated $340,670.75 ("Transfers").

12. The Transfers were made with the intent on the part of the Debtor and defendant to hinder, delay, and defraud creditors of their just claims against the Debtor.

13. The Debtor was insolvent on the date that such Transfers were made or became insolvent as a result of such Transfers.

14. The Debtor made such Transfers to or for the benefit of the defendant, an insider, and not in the ordinary course of business.

WHEREFORE, Plaintiff, prays for judgment against Defendant, Dezign NA LLC and for such other and further relief as is just and proper.

## Count II
## Avoidance of Preferential Transfers Pursuant to §547

15. Plaintiff incorporates by reference paragraphs one (1) through nine (9) above.

16. Within one (1) year prior to the Petition Date, Debtor transferred to Defendant an estimated $340,670.75 ("Transfers").

17. These Transfers were for the benefit of the Defendant.

18. The Transfers were made while the Debtor was insolvent.

19. The Transfers enabled Defendant to receive more than he would have received if the Transfers had not been made.

WHEREFORE, Plaintiff, prays for judgment against Defendant, Jeremy Keith Ritter and for such other and further relief as is just and proper.

DATED this February 18, 2026.

/s/ Mary W. Colón
MARY W. COLÓN
Smith, Thompson, Shaw, et al
Florida Bar No. 0184012
Post Office Box 14596
Tallahassee, FL. 32317
Telephone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com